1 Vijay J. Patel
Attorney at Law: 285585
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Laquiva Ruth McCullough

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUIVA RUTH MCCULLOUGH, | Case No.: 2:15-cv-05505-BRO-GJS |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,024.92 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 23, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-